No. 1524, Misc. MALAK ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1530, Misc. LOWE v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1534, Misc. LOWE v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1542, Misc. JACKSON v. NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1546, Misc. CUMMINGS v. NEW YORK. App. Div., Sup Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Frank S. Hogan* and *William C. Donnino* for respondent.

No. 1548, Misc. HANGSLEBEN v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1549, Misc. HARDISON v. HOCKER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1551, Misc. REIS v. PURDY, SHERIFF. C. A. 5th Cir. Certiorari denied.

No. 1553, Misc. MINK v. FREEMAN, CHIEF JUDGE, U. S. DISTRICT COURT. C. A. 6th Cir. Certiorari denied.

No. 1555, Misc. BENDAR v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 1560, Misc. WILLIAMS v. OHIO ET AL. Sup. Ct. Ohio. Certiorari denied.